ORIGINAL

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 7 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x

ANTHONY RICHARDSON
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY DEMAND
YES ✓   NO ____

-against-

CITY OF NEW YORK, Corr.
Cpt. Freddrich, And
response Team officers
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

CV 16-1223

MATSUMOTO, J.

AMKC (C-95) Rikers Island
Defendants.
-----------------------------------------------x

KUO, M.J.

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?  Yes ( )  No (✓)

   B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiffs: _____

           _____

           Defendants: _____

           _____

        2. Court (if federal court, name the district;
           if state court, name the county)

           _____

        3. Docket Number: _____

1

MATSUMOTO, J.

KUO, M.J.

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: **AMKC (C-95) RIKERS ISLAND**

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

   C. If your answer is YES,

      1. What steps did you take? **Spoke to a area Captain who informed me to file a grievance complaint to which I have.**

      2. What was the result? **My grievance was accepted and there is a pending investigation**

   D. If your answer is NO, explain why not _____
      _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

   F. If your answer is YES,

      1. What steps did you take? _____
         _____
         _____

      2. What was the result? _____
         _____

2

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff **ANTHONY RICHARDSON**

Address **1818 HAZEN ST Queens, NY 11370**

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    **Captain Freddrich (C-95)**
                   **AMKC**

Defendant No. 2    **And OFFICERS OF HIS RESPONSE**
                   **TEAM "ERT OR ERU"**

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On 11-25-2015 while housed in West 17 Lower B-side bed 43 prisoners were told by a Post C.O. (Tall, Fat white guy) that "everything is on Lockdown no movements" Then the phones went off. A Post C.O. was asked "when will there be movement, why the phones went off we can contact our families, will they run the facility visits, and will we make Commissary. The A Post C.O. response was "everything is shutdown all day and no visit will be called". A request to speak to a Captain was made. The doors were tied, Then Captain Kain came & things were okay but, when she left - Captain Freddrich and his team of C.O.'s came, got the door open after a prisoner was helping. Came in spraying this bear spray even as they saw prisoners were at there beds. I, was staying by the dayroom glass and was sprayed as they came in State/Federal Consti 8th + 14th Amend

IV.A  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Since this event, my eyes constantly produce fluid running out of my eyes, my nose burns, I have to use my pump more than ever, it's difficult to sleep, I keep seeing Captain Freddrich and his team of C.O.s coming again with that bear spray - just spraying us even as I sit, stand, or lay down.

4

V. Relief:

State what relief you are seeking if you prevail on your complaint.

Captain: Freddrick, be suspended without pay for one year and attend an assessment class. 100,000,000 one million dollars and my attorneys fee.

I declare under penalty of perjury that on  Jan 12, 2016 , I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 12th day of January, 2016. I declare under penalty of perjury that the foregoing is true and correct.

Richardson, Anthony
Signature of Plaintiff

AMKC (C-95) Rikers Island
Name of Prison Facility

1818 Hazen ST
Queens, NY. 11320
Address

9801500580
Prisoner ID#

5