UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY RICHARDSON,

                 Plaintiff,

- against -

City of New York Corr. Captain FREDDRICH
and Response Team Officers, AMKC (C-95)
Rikers Island,

                 Defendants.
------------------------------------------------------------X

**ORDER**
16-CV-1223 (KAM) (PK)

**Peggy Kuo, United States Magistrate Judge:**

On March 7, 2016, Plaintiff Anthony Richardson, currently incarcerated at the Anna M. Kross Center ("AMKC") on Rikers Island, filed this *pro se* action against Defendants alleging the violation of his civil rights pursuant to 42 U.S.C. § 1983. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The Clerk of Court is directed to issue a summons against Captain Freddrich, and the United States Marshals Service is directed to serve the summons and complaint upon Defendant Captain Freddrich – employed as a correction officer at AMKC – without prepayment of fees.

Plaintiff also sues unidentified AMKC correction officers from Captain Freddrich's response team allegedly involved in the events on November 25, 2015, that give rise to Plaintiff's complaint. Compl. at 4. However, the United States Marshals Service will not be able to serve these unidentified Defendants without further identifying information. The problem encountered by Plaintiff is a common one, as it is frequently difficult for a *pro se* litigant to identify individual law enforcement officers. In *Valentin v. Dinkins*, 121 F.3d 72 (2d

Cir. 1997) (*per curiam*), the Second Circuit made clear that a *pro se* litigant is entitled to assistance from the district court in identifying a defendant.

Accordingly, the Court hereby requests the Corporation Counsel for the City of New York to ascertain the full names of the correction officers on Captain Freddrich's response team who were employed on November 25, 2015, and to provide within 45 days from the date of this Order the addresses where these Defendants can currently be served. Corporation Counsel need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which plaintiff may name and properly serve the Defendants, as instructed by the Second Circuit in *Valentin*. Once this information is provided, Plaintiff's complaint shall be deemed amended to reflect the full name and badge number of these correction officers, an amended summons shall be issued and the Court shall direct service on these Defendants.

The Clerk of Court shall serve a copy of this Order and a copy of the complaint and *in forma pauperis* application on the Corporation Counsel for the City of New York, Special Federal Litigation Division.

**SO ORDERED:**

*Peggy Kuo*
PEGGY KUO
United States Magistrate Judge

Dated: Brooklyn, New York
April 7, 2016