UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY RICHARDSON,

                      Plaintiff,                   **ORDER**

       - against -

                                               16-CV-1223 (KAM)(PK)

CITY OF NEW YORK, et al.,

                      Defendants.
-----------------------------------------------------------------X

      By order dated April 7, 2016, this Court requested the Corporation Counsel for the City of New York to ascertain the full names of the individuals whom Plaintiff identified in Plaintiff's complaint as "Captain Freddrich" and the members of the "Response Team." The Corporation Counsel having done so, Plaintiff's complaint is deemed amended as follows:

| For "Captain Freddrich": | For "Response Team": |
|---|---|
| Captain Frederick<br>Shield #1387 | Captain Harris<br>Shield #1438 |
| | Correction Officer Shakoor<br>Shield #11304 |
| | Correction Officer Cutler<br>Shield #8298 |
| | Correction Officer McFarland<br>Shield #10360 |
| | Correction Officer Cephas<br>Shield #1023 |
| | Captain Louis<br>Shield #873 |

      The Clerk of the Court is directed to update the docket accordingly, and to issue amended summonses for each defendant at the following address:

Anna M. Kross Center
Rikers Island
18-18 Hazen Street
East Elmhurst, New York 11370

    The United States Marshals Service is hereby directed to serve the amended summonses and the complaint upon each defendant at the above address without prepayment of fees.

**SO ORDERED:**

*Peggy Kuo*
PEGGY KUO
United States Magistrate Judge

Dated:    Brooklyn, New York
           June 24, 2016